| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Steven R. Wirth, Esq. <br> Peter O. Larsen, Esq. <br> Raye Elliott, Esq. <br> AKERMAN LLP <br> 401 E. Jackson Street, Suite 1700 <br> Tampa, FL 33602 <br> Telephone: (813) 223-7333 <br> Email:  steven.wirth@akerman.com <br>         peter.larsen@akerman.com <br>         raye.elliott@akerman.com <br><br> *Counsel to Plaintiff / Plan Administrator* | **Order Filed on October 2, 2025** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** |
| In re: <br><br> 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, <br><br>       Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., <br><br>       Plaintiff, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF REVENUE, an agency of the Commonwealth of Pennsylvania, <br><br>       Defendant | Adversary No. 25-01177 (VFP) |

The relief set forth on the following pages, numbered three (3) through six (6), is hereby **ORDERED**.

**DATED: October 2, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

83320505;1

(Page 2)
Debtors: 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.: 23-13359 (VFP)
Adv. Proc.: Goldberg v. Pennsylvania Department of Revenue, 25-01177 (VFP)
Caption of Order: Stipulation and Consent Order

# **STIPULATION AND CONSENT ORDER**

(Page 3)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Pennsylvania Department of Revenue, 25-01177 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

This Stipulation and Consent Order (the "Stipulation") is made by and between the Pennsylvania Department of Revenue (the "Department") and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliated debtors (the "Debtors" or the "Wind-Down Debtors"), including, as applicable, by and through their duly undersigned counsel.

**WHEREAS,** on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Court.

**WHEREAS,** the Debtors' Chapter 11 cases have been procedurally consolidated.

**WHEREAS**, on September 14, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 21721] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 21601] (as amended, the "Plan").

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, liquidating and receiving assets of the Wind-Down Debtors.[1]

---

[1] *See* Plan, Article VII, at § A ("The powers of the Plan Administrator shall include any and all powers and authority to implement the Plan and to administer and distribute the Distribution Reserve Accounts and wind down the business and affairs of the Debtors and Wind-Down Debtors, including (all without further order of the Bankruptcy Court): (1) liquidating, receiving, holding, investing, supervising, and protecting the assets of the Wind-Down Debtors . . . (8)

83320505;1

(Page 4)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Pennsylvania Department of Revenue, 25-01177 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

**WHEREAS,** prior to the Petition Date the Debtor, BBB Value Services, Inc., overpaid business income tax to the Department in the amount of $159,780.00 for tax years ending February 26, 2022 and February 25, 2023 (the "Overpayment"), which Overpayment is being held by the Department.

**WHEREAS,** on April 23, 2025 the Plan Administrator filed an adversary complaint against the Department styled *Michael Goldberg as Plan Administrator to 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc., et. al. v. Pennsylvania Department of Revenue* which was designated Adversary Proceeding Number 23-01177-VFP (the "Adversary Proceeding").

**WHEREAS**, the Parties have agreed upon the terms set forth in this Stipulation.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1. The recitals set forth above are hereby made an integral part of the Parties' Stipulation and are incorporated herein.

2. The Department shall refund the Overpayment, plus interest at the statutory rate, to the Debtors. The Department will diligently issue a refund of the Overpayment consistent with

representing the interests of the Wind-Down Debtors or the Estates before any taxing authority in all matters, including any action, suit, proceeding, or audit . . . .").

83320505;1

(Page 5)
Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:           23-13359 (VFP)
Adv. Proc.:         Goldberg v. Pennsylvania Department of Revenue, 25-01177 (VFP)
Caption of Order:   Stipulation and Consent Order

Commonwealth refund policy. The Overpayment shall be mailed to the Debtors at P.O. Box 1596, Union, NJ 07083.

3.  Upon receipt of the Overpayment in good and sufficient funds, the Plan Administrator shall file a notice of voluntary dismissal of the Adversary Proceeding.

4.  This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

5.  Each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

6.  The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of this Stipulation and Consent Order by the Court.

7.  This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

8.  The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

(Page 6)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Pennsylvania Department of Revenue, 25-01177 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

9.   Each party shall bear its own fees and costs in connection with the Stipulation to date. In the event that either party must seek enforcement of the Stipulation, the prevailing party is entitled to payments of its attorneys' fees and costs.

**AKERMAN LLP**

By: */s/ Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Peter O. Larsen, Esq.
Email: peter.larsen@akerman.com
Raye C. Elliott, Esq.
Email:  raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333

*Counsel for the Plan Administrator*

**GOVERNOR'S OFFICE OF GENERAL COUNSEL**

By:*/s/ Jim Peavler*
Jim Peavler, Esq.
Counsel
Pennsylvania Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, Pennsylvania 17128-1061
Telephone: (717) 787-2747
Email: jpeavler@pa.gov

*Counsel for the Pennsylvania Department of Revenue*

83320505;1